AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia


SEALED

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 7:22CR42-02 |
| ANTONIO HICKS | ) | |
| | ) | Case: 1:22-mj-00266 |
| | ) | Assigned to: Judge Meriweather, Robin M. |
| | ) | Assign Date: 12/8/2022 |
| Defendant | | Description: ARREST RULE(5) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Antonio Hicks  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 USC 922(a)(6), 924(a)(2) and 371

Date:   11/10/2022

_____, Deputy Clerk
*Issuing officer's signature*

City and state:    Roanoke, Virginia

Michael F. Urbanski, Chief United State District Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/10/2022, and the person was arrested on *(date)* 12/8/2022
at *(city and state)*  Washington, DC

Date:  12/8/2022

J. Chery
*Arresting officer's signature*

J. Chery  DUSM
*Printed name and title*